SEALED



**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

FILED

JUN 1 2 2024

BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | | |
| *Plaintiff,* | **SEALED** | |
| **v.** | | |
| **DUSTIN LEE HARP,** | **Case No.** | **24 CR 091 JFH** |
| *Defendant.* | | |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### POSSESSION OF FIREARM AND AMMUNITION AFTER CONVICTION OF A MISDEMEANOR CRIME OF DOMESTIC VIOLENCE
### [18 U.S.C. §§ 922(g)(9) & 924(a)(8)]

On or about November 11, 2023, in the Eastern District of Oklahoma, the defendant,

**DUSTIN LEE HARP**, having been convicted of a misdemeanor crime of domestic violence, that

is: Domestic Abuse – Assault and Battery, in violation of Title 21, Oklahoma Statutes, Section

644(C), in the District Court of Latimer County, State of Oklahoma, Case No. CM-2022-60, and

knowing of such conviction, did knowingly possess in and affecting commerce, the following

firearm and ammunition, to-wit:

- one (1) Canik, Model TP9SF, 9x19mm caliber, semi-automatic pistol, serial number 17AT13565; and

- eighteen (18) rounds of assorted 9x19mm caliber ammunition, including at least two (2) rounds of Remington branded ammunition;

which had been shipped and transported in interstate commerce, in violation of Title 18, United

States Code, Sections 922(g)(9) and 924(a)(8).

## COUNT TWO

### ILLEGAL RECEIPT OF A FIREARM BY A PERSON
### UNDER INDICTMENT OR INFORMATION
### [18 U.S.C. §§ 922(n) & 924(a)(1)(D)]

Between on or about December 12, 2020, and December 9, 2021, in the Eastern District of Oklahoma, the defendant, **DUSTIN LEE HARP**, who was then under Indictment and Information for a crime punishable by imprisonment for a term exceeding one year, did willfully receive a firearm, to wit: one (1) Istanbul Silah (Winchester), Model Wildcat, .22 caliber, semi-automatic rifle, serial number TF614-20M13348; which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

## COUNT THREE [MISDEMEANOR]

### POSSESSION OF METHAMPHETAMINE
### [21 U.S.C. § 844(a)]

On or about November 11, 2023, in the Eastern District of Oklahoma, the defendant, **DUSTIN LEE HARP**, knowingly and intentionally possessed methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 844(a).

## COUNT FOUR [MISDEMEANOR]

### POSSESSION OF METHAMPHETAMINE
### [21 U.S.C. § 844(a)]

On or about December 9, 2021, in the Eastern District of Oklahoma, the defendant, **DUSTIN LEE HARP**, knowingly and intentionally possessed methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 844(a).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)]

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations charged in Counts One and Two of this Indictment involving violations of Title 18, United States Code, Sections 922(g)(9), 922(n), 924(a)(8) and 924(a)(1)(D), the defendant, **DUSTIN LEE HARP**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including, but not limited to:

- one (1) Canik, Model TP9SF, 9x19mm caliber, semi-automatic pistol, serial number 17AT13565;

- approximately eighteen (18) rounds of assorted 9x19mm caliber ammunition, including at least two (2) rounds of Remington branded ammunition;

- one (1) Istanbul Silah (Winchester), Model Wildcat, .22 caliber, semi-automatic rifle, serial number TF614-20M13348;

- one (1) German Sport Guns, GMBH (GSG), Model Firefly, .22 caliber, semi-automatic pistol, serial number F413645;

- one (1) RG Industries, Model RG23, .22 caliber revolver, serial number T532196;

- approximately twenty (20) rounds of assorted brand .22 caliber ammunition, to include six rounds of CCI branded ammunition; and

- approximately fourteen (14) rounds of .22 caliber ammunition, to include one round twelve rounds of CCI branded ammunition.

3

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

EDITH A. SINGER, OBA #19439
Assistant United States Attorney

Pursuant to the E-Government Act,
the original indictment has been filed
under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY